UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO.** |
| v.  : | |
| : | **VIOLATION:  18 U.S.C. §641** |
| **SHEILA JONES,** : | |
| : | **(Theft of Public money, property or records)** |
| Defendant. : | |

### INFORMATION

The United States Attorney charges:

### COUNT ONE

I.  Introduction

At all times material to this Information:

1.  The Department of Labor is a federal agency that is a Department of the United States.

2.  The United States Department of Labor is located at 200 Constitution Avenue, N.W., Washington, D.C. 20210.

3.  Defendant **SHEILA JONES** is an employee for the United States Postal Service, a federal agency.

4.  On or about July 1, 2005 to on or about January 1, 2007, in the District of Columbia, the defendant, **SHEILA JONES** willfully and knowingly did steal, purloin, embezzle and convert to her own use, U.S. Currency, property of the United States of the value of fifty-five thousand, seven hundred thirty-three dollars, and fifty-five cent, ($55,733.55), which said property had come into the

possession and under the care of **SHEILA JONES** by virtue of her employment as an employee in the United States Postal Service.

(**Theft of Public Money, Property or Records**, in violation of 18 United States Code, Section 641)

JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney
for the District of Columbia


By: _____
LOUIS RAMOS
D.C. Bar # 472-176
Assistant United States Attorney
United States Attorneys Office
Federal Major Crimes Section
555 4th Street, N.W., Room 4243
Washington, D.C.  20530
(202) 305-2195