# United States District Court
# for the District of Columbia

**FILED**
**JUN 1 8 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

**SHEILA JONES**

**WAIVER OF INDICTMENT**

Case Number: 07-0133 (RMU)

I, **Sheila Jones**, the above named defendant, who is accused of **Theft of Public Money, Property or Records, Title 18, United States Code, Section 641**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **June 18, 2007**, prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge