UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 07-133 (RMU) |
| v. ) | |
| ) | |
| SHEILA JONES ) | |
| ) | |

**UNOPPOSED MOTION FOR LEAVE TO LATE FILE**

Defendant, Sheila Jones, through undersigned counsel, respectfully requests leave to late-file the attached Defendant's Memorandum in Aid of Sentencing. As grounds for this motion, counsel states as follows:

i. Counsel for the government does not oppose this request.

ii. Defense counsel was temporarily assigned to the Yosemite Federal Defender Office for the months of August and September, she only returned to the Washington, D.C., office on October 4.

iii. While in Yosemite, counsel was unable to perform work on her cases in Washington, D.C., due to the extremely high caseload and lack of resources in that Yosemite office.

iv. The attorney who was assigned to handle Ms. Jones's case in counsel's absence was working on several appeals and trial matters this month and inadvertently missed the deadline for filing the sentencing memorandum in this case.

Wherefore, counsel for Defendant, respectfully requests that the Court grant defendant's Motion for Leave to Late-File.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____"/s/"_____
Rita Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, N.W.,
Suite 550
Washington, D.C. 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | **Cr. No. 07-133 (RMU)** | |
| **v.** ) | | |
| ) | | |
| **SHEILA JONES** ) | | |
| _____) | | |

**ORDER**

Upon consideration of the Unopposed Motion to Late-File Defendant's sentencing memorandum, it is this _____ day of October, 2007, hereby

**ORDERED** that counsel shall be permitted to file the memorandum.

_____
RICARDO URBINA
UNITED STATES DISTRICT JUDGE