UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
            v.                  :      Criminal Action No.:  07-0133  (RMU)
                                :
SHEILA JONES,                   :
                                :      **FILED**
            Defendant.          :
                                       OCT 9 - 2007

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 9th day of October 2007, hereby

ORDERED a progress hearing in the above-captioned case shall take place on _April 10, 2008_ at _4 AM_.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge