HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICTJ JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA : Docket No.: <u>07-CR-133</u>

vs.

JONES, Sheila : Disclosure Date: <u>July 31, 2007</u>

OCT 9 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
Prosecuting Attorney              Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 8/8/07     _____ 8/8/07
Defendant    Date       Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>August 14, 2007</u>, to U.S. Probation Officer <u>Kelli Cave</u>, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Gennine A. Hagar, Chief
    United States Probation Officer

08/09/2007 10:07 FAX 2025013829          FEDERAL PUBLIC DEFENDER                    ☒003

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

August 9, 2007

Kelli Griffin Cave
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0193

              Re:    United States v. Sheila Jones
                      Criminal No.: 07-133 (RMU)

Dear Ms. Cave:

      Enclosed please find the Defendant's Objections and Comments to the Presentence Report, prepared in the above case, dated July 31, 2007.

**Objections and Comments**

1. Ms. Jones requests that Page 2 of the Presentence Report be modified to reflect her son, Nathaniel Dominique Jones, as her dependent.

2. Ms. Jones requests that Paragraph 26 on Page 6 of the Presentence Report in the first sentence be modified to reflect that her late mother's name is Ada Williams Jones.

3. Ms. Jones requests that Paragraph 27 on Page 6 of the Presentence Report in the third sentence be modified to reflect that her father was "around but not always actively participating in their lives."

4. Ms. Jones requests that Paragraph 27 on Page 6 of the Presentence Report in the fourth sentence be modified to reflect that the family lived on Sheriff Road in Northeast, Washington, DC.

5. Ms. Jones requests that Paragraph 28 on Page 6 of the Presentence Report in the second sentence be modified to reflect that her mother died in 1983 from cirrhosis

of the liver.

6. Ms. Jones requests that Paragraph 38 on Page 8 of the Presentence Report be modified to reflect that Ms. Jones has not used illegal substances in over the last thirty years.

7. Ms. Jones requests that Paragraph 39 on Page 8 of the Presentence Report in the second sentence be modified to reflect that she earned a certificate as a medical office assistant in or around 2003 after attending a 12 month program.

8. Ms. Jones objects to Paragraph 39 on Page 8 of the Presentence Report regarding her G.P.A. upon graduating from Woodson Senior High School. Ms. Jones requests the sentence be modified to reflect that she graduated with a G.P.A. of 3.0 which would be logically consistent with the her class rank of 261st out of 558 students.

9. Ms. Jones objects to Paragraph 43 on Page 9 of the Presentence Report and requests it be modified to reflect and include the following correct balances on the respective accounts:

| **Unsecured Debts** | |
|---|---|
| Citi Financial Credit Acct. | $13,000.00 |
| T-Mobile | $    134.00 |
| Circuit City | $    750.00 |
| **Total Unsecured Debt:** | $32,315.00 |
| **NET WORTH:** | ($29,465.00) |
| **Monthly Living Expenses** | |
| Utilities | $564.00 |
| Telephone | $70.00 |
| Health Insurance | $119.00 |
| Comcast | $204.00 |
| Car Insurance | $385.00 |
| **Total Monthly Expenses** | **$2,783.00** |

10. Ms. Jones objects to Paragraph 43 on Page 9 of the Presentence Report and requests it be modified to exclude the estimated credit card payments of $100 because that line item was accounted for in the unsecured debts section and because those payments are not expenses.

11. Ms. Jones requests Paragraph 46 on Page 10 of the Presentence Report be

2

modified to reflect that her father's life insurance policy with Boston Mutual which has a face value of $8,000 and an estimated cash value of $800.

12. Ms. Jones objects to Paragraph 48 on Page 10 of the Presentence Report because she disputes the information from the credit reporting agencies with respect to the two medical accounts totaling $597. The description lacks specificity with respect to the identity of the medical provider of the services or the identity of the creditor and because Ms. Jones is unaware of any outstanding or unpaid medical bills attributed to her. Accordingly, Ms. Jones requests that the information be stricken from the report.

13. Ms. Jones requests that footnote 1 of Paragraph 44 on Page 9 of the Presentence Report be modified to reflect that Ms. Jones did not intentionally omit disclosure of the equity line of credit because her husband pays this obligation and she was only providing information with respect to the debts she is personally responsible for.

14. Ms. Jones requests that Paragraph 65 on Page 12 of the Presentence Report be modified to reflect that Ms. Jones is currently making bi-weekly payments from automatic payroll deductions in the amount of $150 as agreed to by the United States Postal Service and the United States Department of Labor. The agreement between these two agencies was entered into on or about May 2007. Ms. Jones received notice from her employer on or about May 11, 2007 that she would be required to make payments in this manner until the restitution was paid in full. Ms. Jones has made five payments since June 2007 (pay period 11) and up until August 10, 2007 (pay period 16). Accordingly, the outstanding balance of the restitution is $31,983.55.

Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

*Sharon R. Rice*
Sharon R. Rice
Research & Writing Attorney

cc: Louis Ramos
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

3