UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 07-0133 (RMU) |
| | : | |
| SHEILA JONES, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the defendant's unopposed motion for leave to late-file her memorandum in aid of sentencing and for good cause shown therein, is this 5th day of October 2007, hereby

**ORDERED** the defendant's motion is **GRANTED**.

**SO ORDERED.**

                                               Ricardo M. Urbina
                                          United States District Judge

FILED
OCT 9 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT