UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 29 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
v. :
:
SHEILA JONES, : Criminal No. 07-133 (RMU)
      Defendant. :
:

## ORDER

Upon consideration of the government's motion for leave to late file the governement's opposition to the defendant's motion to modify conditions of probation, time having expired, it is hereby ORDERED,

That the government can late file its attached opposition to the defendant's motion to modify conditions of probation.

RICARDO M. URBINA
UNITED STATES DISTRICT COURT JUDGE

DATE: 1/29/2008