UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 7 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | Criminal Action No.: 07-0133 (RMU) |
| SHEILA JONES, | : | Document No.: 18 |
| Defendant. | : | |

### ORDER

Upon consideration of the defendant's motion to modify conditions of probation and the government's opposition thereto, it is this 7th day of February 2008, hereby

**ORDERED** that the defendant's motion is **DENIED in part** and **GRANTED in part**; and it is

**FURTHER ORDERED** that the court **DENIES** the defendant's request to eliminate the condition of electronic monitoring from the defendant's sentence of probation; and it is

**ORDERED** that the condition that the defendant pay the costs for electronic monitoring is eliminated; and it is

**FURTHER ORDERED** that the probation office shall re-assess Ms. Jones's financial situation to determine a reasonable monthly restitution payment, given her change in circumstances.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge