# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                      v.          :          Criminal Action No.:  07-0133 (RMU)
                                  :
SHEILA JONES,                     :
                                  :          **FILED**
                      Defendant.  :
                                  :          **APR 1 0 2008**

### O R D E R

Clerk, U.S. District and
Bankruptcy Courts

It is this 10th day of April 2008, hereby

**ORDERED** a progress hearing in the above-captioned case shall take place on

_____ Oct. 6, 2008 _____ at __11:30__ .

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge

