UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-133 (RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **SHEILA JONES** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney EMILY MILLER, at telephone number (202) 514-7533 and/or email address Emily.Miller2@usdoj.gov.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney


        _____/s/_____
BY:   EMILY MILLER
        Assistant United States Attorney
        Bar No. 462-077
        555 Fourth Street, N.W. Room 4237
        Washington, D.C. 20530
        (202) 514-7533
        Emily.Miller2@usdoj.gov